FRANK E. MAYO
LAW OFFICE OF FRANK E. MAYO
5050 El Camino Real, Suite 228
Los Altos, CA 94022
Telephone: (650) 964-8901
Facsimile: (650) 964-7293
fmayolaw@aol.com

Attorney for Plaintiff
JOSEPH VELSON

MICHAEL W. FOSTER (State Bar No. 127691)
PETER H. GOLDSMITH (State Bar No. 91294)
FOSTER EMPLOYMENT LAW
3000 Lakeshore Avenue
Oakland. California  94610
Telephone: (510) 763-1900
Facsimile:  (510) 763-5952
pgoldsmith@fosteremploymentlaw.com

Attorneys for Defendant
AMERICAN PRESIDENT LINES, LTD.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOSEPH VELSON, | Case No. CV-012-3942 MEJ |
| Plaintiff, | Case Filed: July 26, 2012 |
| vs. | |
| AMERICAN PRESIDENT LINES, LTD., | **STIPULATION AND [PROPOSED] ORDER AMENDING PARAGRAPH B OF CASE MANAGEMENT ORDER** |
| Defendant | |

1   In its Case Management Order of November 15, 2012, the Court set the following deadlines:

2   pretrial motions to be filed, served, and noticed by June 27, 2013, and any hearing on such motions

3   to be heard on August 1, 2013.

4   A mediation was held in this matter on April 29, 2013, and the parties are continuing

5   settlement discussions, including reaching a tentative agreement on the financial aspects of a

6   settlement.  Nonetheless, a potential dispute exists that might prevent settlement, and the parties

7   desire additional time to resolve that dispute.  Thus, the parties hereto request that Paragraph B of

8   said Case Management Order be amended to read as follows:

> B.   *Pretrial Motions*.  All pretrial motions shall be filed in accordance with Civil Local Rule 7, and noticed for hearing on any Thursday at 10:00 a.m., without contacting the Court.  All dispositive motions shall be filed, served, and noticed by ***August 1, 2013***.  Any summary judgment motion shall include a joint statement of undisputed facts pursuant to Civil Local Rule 56-2(b).  The Court shall hear dispositive motions on ***September 5, 2013*** at 10:00 A.M. IN Courtroom B, located on the 15th Floor of the Federal Building, 450 Golden Gate Avenue, San Francisco, California.

DATED:  June 20, 2013                FRANK E. MAYO
                                     LAW OFFICE OF FRANK E. MAYO


                                     By:    /s/ Frank E. Mayo
                                            Frank E. Mayo
                                     Attorney for Plaintiff
                                     JOSEPH VELSON


DATED:  June 20, 2013                 FOSTER EMPLOYMENT LAW


                                         /s/ Michael W. Foster
                                      MICHAEL W. FOSTER
                                      PETER H. GOLDSMITH
                                      Attorneys for Defendant
                                      AMERICAN PRESIDENT LINES, LTD.

FOSTER employment law
3000 Lakeshore Avenue
Oakland, California  94610

---

Case No. CV-012-3942 MEJ                                  STIPULATION AND [PROPOSED] ORDER

1

1   ORDER

2

3   It is hereby **ORDERED**.

4   DATED: ___June 20___, 2013.

5

6   _____
    Maria-Elena James
7   Chief United States Magistrate Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Case No. CV-012-3942 MEJ**                    **DEFENDANT'S MEDIATION BRIEF**