FRANK E. MAYO
LAW OFFICE OF FRANK E. MAYO
5050 El Camino Real, Suite 228
Los Altos, CA 94022
Telephone: (650) 964-8901
Facsimile: (650) 964-7293
fmayolaw@aol.com

Attorney for Plaintiff
JOSEPH VELSON

MICHAEL W. FOSTER (State Bar No. 127691)
PETER H. GOLDSMITH (State Bar No. 91294)
FOSTER EMPLOYMENT LAW
3000 Lakeshore Avenue
Oakland. California  94610
Telephone: (510) 763-1900
Facsimile:  (510) 763-5952
pgoldsmith@fosteremploymentlaw.com

Attorneys for Defendant
AMERICAN PRESIDENT LINES, LTD.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH VELSON, | Case No. CV-012-3942 MEJ |
| Plaintiff, | Case Filed: July 26, 2012 |
| vs. | |
| AMERICAN PRESIDENT LINES, LTD., | **STIPULATION AND [PROPOSED] ORDER AMENDING PARAGRAPH B OF CASE MANAGEMENT ORDER** |
| Defendant | |

In its Case Management Order of November 15, 2012, the Court set the following deadlines: pretrial motions to be filed, served, and noticed by June 27, 2013, and any hearing on such motions to be heard on August 1, 2013.

A mediation was held in this matter on April 29, 2013, and the parties are continuing settlement discussions, including reaching a tentative agreement on the financial aspects of a settlement.  Nonetheless, a potential dispute exists that might prevent settlement, and the parties desire additional time to resolve that dispute.  Thus, the parties hereto request that Paragraph B of said Case Management Order be amended to read as follows:

> B. <u>Pretrial Motions</u>.  All pretrial motions shall be filed in accordance with Civil Local Rule 7, and noticed for hearing on any Thursday at 10:00 a.m., without contacting the Court.  All dispositive motions shall be filed, served, and noticed by ***August 1, 2013***.  Any summary judgment motion shall include a joint statement of undisputed facts pursuant to Civil Local Rule 56-2(b).  The Court shall hear dispositive motions on ***September 5, 2013*** at 10:00 A.M. IN Courtroom B, located on the 15th Floor of the Federal Building, 450 Golden Gate Avenue, San Francisco, California.

DATED:  June 20, 2013         FRANK E. MAYO
                              LAW OFFICE OF FRANK E. MAYO


                              By:    /s/ Frank E. Mayo
                                      Frank E. Mayo
                              Attorney for Plaintiff
                              JOSEPH VELSON


DATED:  June 20, 2013          FOSTER EMPLOYMENT LAW


                                  /s/ Michael W. Foster
                               MICHAEL W. FOSTER
                               PETER H. GOLDSMITH
                               Attorneys for Defendant
                               AMERICAN PRESIDENT LINES, LTD.

---

Case No. CV-012-3942 MEJ                          STIPULATION AND [PROPOSED] ORDER

1

ORDER

It is hereby **ORDERED**.

DATED: ___June 20___, 2013.

_____
Maria-Elena James
Chief United States Magistrate Judge