UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| JOSEPH VELSON, | No. C 12-3942 MEJ |
| Plaintiff, | **ORDER RE: CASE STATUS** |
| v. | |
| AMERICAN PRESIDENT LINES, LTD., | |
| Defendant. | |

On June 20, 2013, the Court granted the parties' stipulated request to continue the dispositive motion filing deadline to August 1, 2013. Dkt. No. 27. As neither party filing a motion by the deadline, the Court ORDERS the parties to file a joint status report by August 15, 2013.

**IT IS SO ORDERED.**

Dated: August 2, 2013

_____
Maria-Elena James
United States Magistrate Judge