Frank E. Mayo, Esq., SBN 42972
Law Office of Frank E. Mayo
4962 El Camino Real, Ste. 104
Los Altos, CA 94022
fmayolaw@aol.com

Telephone 650/964-8901

Attorney for Plaintiff
JOSEPH VELSON

Michael W. Foster, (State Bar No. 127691)
Peter H. Goldsmith, (State Bar No. 91294)
Foster Employment Law
3000 Lakeshore Ave.
Oakland, CA 94610
mfoster@fosteremploymentlaw.com

Telephone: (510) 763-1900

Attorney for /Defendant
AMERICAN PRESIDENT LINES, LTD.

IN THE UNITED STATES DISTRICT

COURT NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOSEPH VELSON, | ) | CASE NO. CV-012-3942 MEJ |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND ORDER FOR** |
| | ) | **DISMISSAL WITH PREJUDICE** |
| Vs. | ) | |
| | ) | |
| AMERICAN PRESIDENT LINES LTD. | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, that pursuant to Federal Rules of Civil Procedure Rule 41(a)(1) all causes of action

STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE    1

asserted on behalf of plaintiff Joseph Velson as set forth in the complaint on file herein, shall be and are hereby dismissed with prejudice and that each party shall bear its own costs and attorney's fees herein.

IT IS SO STIPULATED.

DATED: 6-24-13          LAW OFFICE OF FRANK E. MAYO

By _____
FRANK E. MAYO
Attorney for Plaintiff

DATED: 6.27.13          FOSTER EMPLOYMENT

By _____
PETER H. GOLDSMITH
Attorney for Defendant

ORDER

Having reviewed the above stipulation:

IT IS HEREBY ORDERED that the within action be dismissed with prejudice, each party to bear its own costs and attorney's fees.

DATED: August 15, 2013

_____
THE HONORABLE MARIA-ELENA JAMES
UNITED STATES MAGISTRATE JUDGE

STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE         2