Frank E. Mayo, Esq., SBN 42972
Law Office of Frank E. Mayo
4962 El Camino Real, Ste. 104
Los Altos, CA 94022
fmayolaw@aol.com

Telephone 650/964-8901

Attorney for Plaintiff
JOSEPH VELSON

Michael W. Foster, (State Bar No. 127691)
Peter H. Goldsmith, (State Bar No. 91294)
Foster Employment Law
3000 Lakeshore Ave.
Oakland, CA 94610
mfoster@fosteremploymentlaw.com

Telephone: (510) 763-1900

Attorney for /Defendant
AMERICAN PRESIDENT LINES, LTD.

IN THE UNITED STATES DISTRICT

COURT NORTHERN DISTRICT OF CALIFORNIA

| JOSEPH VELSON, | ) | CASE NO. CV-012-3942 MEJ |
|---|---|---|
| Plaintiff, | ) | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| Vs. | ) | |
| AMERICAN PRESIDENT LINES LTD. | ) | |
| Defendant. | ) | |

IT IS HEREBY STIPULATED, by and between the parties through their respective counsel

of record, that pursuant to Federal Rules of Civil Procedure Rule 41(a)(1) all causes of action

STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

asserted on behalf of plaintiff Joseph Velson as set forth in the complaint on file herein, shall be and

are hereby dismissed with prejudice and that each party shall bear its own costs and attorney's fees

herein.

     IT IS SO STIPULATED.

DATED: 6-24-13

               LAW OFFICE OF FRANK E. MAYO

               By _____

                  FRANK E. MAYO
                  Attorney for Plaintiff

DATED: 6.27.13

               FOSTER EMPLOYMENT

               By _____

                  PETER H. GOLDSMITH
                  Attorney for Defendant

                  ORDER

     Having reviewed the above stipulation:

     IT IS HEREBY ORDERED that the within action be dismissed with prejudice, each party

to bear its own costs and attorney's fees.

DATED:   August 15, 2013

               _____
               THE HONORABLE MARIA-ELENA JAMES
               UNITED STATES MAGISTRATE JUDGE

STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE